|  |  |  |
|---|---|---|
| **MONTVALE SURGICAL CENTER,** *A/S/O JEFFREY RIVERS,* | : : : | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff(s), | : : | |
| -vs- | : : | Hon. Kevin McNulty Civil Action No. 12-2379 (KM) |
| **HORIZON BLUE CROSS BLUE SHIELD, et al.,** | : : : | **CONSOLIDATION ORDER** |
| Defendant(s). | : : | |

\* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| **MONTVALE SURGICAL CENTER LLC,** *A/S/O MARIA OKIDA,* | : : : | |
| Plaintiff(s), | : : | |
| -vs- | : : | Hon. Susan D. Wigenton Civil Action No. 12-2380 (JCL) |
| **HORIZON BLUE CROSS BLUE SHIELD, et al.,** | : : : | |
| Defendant(s). | : : | |

**THIS MATTER** having been raised by the Court, *sua sponte*, at a conference on February 13, 2013; and it appearing that the actions involve common questions of law and fact and common parties; and it appearing that consolidation will avoid unnecessary costs and delay; and with the consent of all parties; and for other good cause shown:

**IT IS** on this 21st day of February, 2013

**ORDERED** that <u>Montvale Surgical Center v. Horizon Blue Cross Blue Shield, et al.</u>., Civil Action No. 12-2379 and <u>Montvalue Surgical Center v. Horizon Blue Cross Blue Shield, et al.</u>, , Civil Action No. 12-2380 are hereby consolidated for all purposes under Civil Action No. 12-2379 (KM).

<u>s/Madeline Cox Arleo</u><br>
**MADELINE COX ARLEO**<br>
**United States Magistrate Judge**