**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

April 22, 2013

Andrew R. Bronsnick, Esq.
Massood & Bronsnick, LLC
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663

Matthew A. Baker, Esq.
Connell Foley LLP
457 Haddonfield Road, Suite 230
Cherry Hill, New Jersey 08002

## LETTER ORDER

    Re:    **Montvale Surgical v. Horizon Blue Cross, et al.**
             **Civil Action No. 12-2379 (KM)**

Dear Counsel:

    A settlement conference is scheduled for **Thursday, June 6, 2013 at 11:00 a.m.**  One week prior to the conference, each party is to deliver to the court a letter, not to exceed 5 pages, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement.  Trial counsel shall participate in the conference in person or be available by phone.

    **SO ORDERED.**

                                              *s/Madeline Cox Arleo*
                                          **MADELINE COX ARLEO**
                                          **United States Magistrate Judge**

cc:    Clerk
        Hon. Susan D. Wigenton, U.S.D.J.
        File